**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:21CR00084-001 |
| ) | |
| Efrain Phillip Vizcaino ) | |
| ) | |

On August 24, 2017, in the Western District of Texas, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on February 12, 2021. On March 26, 2021, Jurisdiction was transferred to the Eastern District of California.

Mr. Vizcaino has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Mr. Vizcaino be discharged from supervision.

**Respectfully submitted,**                                    **Reviewed by,**

*/s/ Marissa Frazure*                                          */s/ Daniel Alejandro*

**Marissa Frazure**                                            **Daniel Alejandro**
**United States Probation Officer Assistant**                  **Supervising United States Probation Officer**

**Dated:**  August 27, 2025
         Bakersfield, California
         MF

**Re:**　**Efrain Phillip Vizcaino**
　　　**Docket Number:　0972 1:21CR00084-001**
　　　<u>**Report and Order Terminating Supervised Release**</u>
　　　<u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Efrain Phillip Vizcaino be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| Auguast 28, 2025 | */s/ Dale A. Drozd* |
| **Date** | **Dale A. Drozd, U.S. District Judge** |

Attachment:　Recommendation

CC:　　AUSA (NAME)—Duty
　　　　FLU Unit—United States Attorney's Office
　　　　Fiscal Clerk—Clerk's Office
　　　　Supervisee—Efrain Phillip Vizcaino